**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NICHOLAS SURGEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-cv-00654 (TJK) |
| ) | |
| ENVIRONMENTAL PROTECTION ) | |
| AGENCY, ) | |
| ) | |
| Defendant. ) | |

**Declaration of Nicholas Surgey**

I, Nicholas Surgey, declare that, based on personal knowledge:

1. I am an investigative journalist and co-director of Documented, an organization that researches corporate influence over public policy.

2. My work has been featured in *The Guardian*, the *New York Times*, the *Los Angeles Times*, the *Washington Post*, and other media outlets.

3. On January 8, 2018, I submitted the FOIA request at issue in this case to the U.S. Environmental Protection Agency (EPA), requesting the following:

    > Records associated with EPA Administrator Scott Pruitt's travel to and attendance at the 2018 Rose Bowl college football game, which took place on January 1, 2018 at the Rose Bowl stadium in Pasadena, California. Records should include but should not be limited to any emails, notes, or expense reports that describe the trip to Pasadena, the Rose Bowl game, and any associated meetings or events that took place on the same trip. Details of who paid for travel, Rose Bowl tickets, and any other associated costs incurred on this trip should be provided in the response. These records should concern travel by Scott Pruitt, as well as any other EPA staff (including security staff) that traveled to Pasadena as part of the same trip or attended the game with the Administrator.

4. Since the submission of my FOIA request, news reports and other publicly available information—including the announcement of an EPA Office of Inspector General investigation at the request of a member of Congress—have revealed that Mr. Pruitt's trip to California included at least one additional, specific destination beyond the Rose Bowl: Disneyland. *See, e.g.*, Press Release, Senator Sheldon Whitehouse, Inspector General to Investigate Pruitt's Unprecedented Use of EPA Security Detail on Personal Travel (Apr. 19, 2018), https://www.whitehouse.senate.gov/news/release/inspector-general-to-investigate-pruitts-unprecedented-use-of-epa-security-detail-on-personal-travel; Sara Ganim & Rene Marsh, *Senator: Pruitt Security Included Disneyland, Rose Bowl Trips*, CNN (Apr. 3, 2018), https://www.cnn.com/2018/03/30/politics/epa-pruitt-travel-whitehouse-rose-bowl-disneyland/index.html.

5. My FOIA request included records containing "[d]etails of who paid for travel, Rose Bowl tickets, and any other associated costs incurred on this trip." EPA produced no records concerning who paid for Mr. Pruitt's travel or expenses in California, and EPA's search did not include either the EPA's Ethics Office or records in the possession of Mr. Pruitt's then-Chief of Staff Ryan Jackson. Mr. Jackson previously stated that "he is in frequent contact with the senior ethics counsel" at EPA regarding (among other things) whether certain actions by Mr. Pruitt comported with government ethical obligations, Kevin Bogardus, *The Story Behind the Ethics Memos on Pruitt's Condo Lease*, E&E News (Apr. 11, 2018), https://www.eenews.net/stories/1060078765. Whether the payment of Mr. Pruitt's expenses on a trip by a non-government entity complied with ethical obligations would almost certainly result in communications between Mr. Pruitt or his staff and EPA Ethics Office, or even an official memorandum approving or

disapproving of the action. *Cf.* EPA, *Memorandum re: Review of Lease Agreement Under the Federal Ethics Regulations Regarding Gifts* (Mar. 30, 2018), https://www.eenews.net/assets/2018/04/02/document_gw_01.pdf.

6. Based on my work as an investigative journalist and specifically my research into the issues at EPA under Mr. Pruitt, there is a substantial public interest in the disclosure of Mr. Pruitt's schedule for his trip to California. Disclosure of Mr. Pruitt's schedule will reveal the types of activities EPA apparently concluded required significant security detail and will allow the public to evaluate whether EPA's utilization of significant resources for this trip was based on a legitimate need to do so.

7. The public interest in the disclosure of Mr. Pruitt's schedule in California is amplified by the repeated scrutiny of Mr. Pruitt's mismanagement of agency resources:

    a. EPA's own Office of Inspector General (OIG) recently released a report finding that Pruitt's security spending increased significantly from his predecessor and also determined that the increase in security costs under Mr. Pruitt occurred "without documented justification." EPA, Office of Inspector Gen., 18-P-0239, EPA Asserts Statutory Law Enforcement Authority to Protect Its Administrator but Lacks Procedures to Assess Threats and Identify the Proper Level of Protection (Sept. 4, 2018), https://www.epa.gov/sites/production/files/2018-09/documents/_epaoig_20180904-18-p-0239.pdf. This report received widespread media attention in national and international news outlets. *See, e.g.*, Lisa Friedman & Coral Davenport, *Pruitt's Spending on Security More Than Doubled in 11 Months, E.P.A. Investigator Says*, N.Y. Times (Sept. 4, 2018), https://www.nytimes.com/2018/09/04/climate/pruitt-epa-security-report.html; Emily Holden,

*Scott Pruitt Wasted Millions at EPA on Security Detail, Report Says*, The Guardian (Sept. 4, 2018), https://www.theguardian.com/environment/2018/sep/04/scott-pruitt-wasted-millions-at-epa-on-security-detail-report-says; Gabriella Muñoz, *Scott Pruitt's Security Detail Not Properly Justified, EPA's IG Report Concludes*, The Washington Times (Sept. 4, 2018), https://www.washingtontimes.com/news/2018/sep/4/scott-pruitt-security-detail-not-properly-justifie/.

b. Under Mr. Pruitt, EPA was also found by the Government Accountability Office (GAO) to have violated federal law by paying over $43,000 to install a soundproof privacy booth for Mr. Pruitt. GAO, *U.S. Environmental Protection Agency–Installation of Soundproof Privacy Booth*, B-329603 (Apr. 16, 2018), https://www.gao.gov/assets/700/691272.pdf. This finding by GAO also generated significant media attention. *See, e.g.*, Brady Daniels & Juliet Eilperin, *Scott Pruitt's $43,000 Soundproof Phone Booth Violated Spending Laws, Federal Watchdog Finds*, Wash. Post (Apr. 16, 2018), https://www.washingtonpost.com/news/energy-environment/wp/2018/04/16/scott-pruitts-43000-soundproof-phone-booth-violated-spending-laws-federal-watchdog-finds/?utm_term=.8301daefd8a6; Gregory Wallace & Rene Marsh, *GAO: $43,000 Soundproof Booth for EPA Head Violated Law*, CNN (Apr. 16, 2018), https://www.cnn.com/2018/04/16/politics/pruitt-soundproof-booth/index.html; Ethan Sacks, *EPA Chief Scott Pruitt's $43K Soundproof Phone Booth Violated Federal Spending Laws, GAO Says*, NBC News (Apr. 16, 2018),

https://www.nbcnews.com/politics/white-house/epa-chief-scott-pruitt-s-43k-soundproof-phone-booth-violated-n866391.

c. Mr. Pruitt has been—and apparently continues to be—subject to a months-long investigation by the House Committee on Oversight and Government Reform into numerous issues concerning his management of agency resources—including costs for his travel and the utilization of his security detail. *See* Letter from Trey Gowdy, Chairman, House Committee on Oversight and Government Reform, to Scott Pruitt, Administrator, EPA (Apr. 13, 2018), https://oversight.house.gov/wp-content/uploads/2018/04/2018-04-13-TG-to-Pruitt-EPA-re-Travel-and-TIs-due-4-27.pdf (requesting Mr. Pruitt produce, among other items, documents relating to agency travel of one EPA special agent, travel vouchers for all EPA employees for two international trips, and documents related to Mr. Pruitt's use of 24-hour security); Letter from Trey Gowdy, Chairman, House Committee on Oversight and Government Reform, to Scott Pruitt, Administrator, EPA (Apr. 11, 2018), https://oversight.house.gov/wp-content/uploads/2018/04/2018-04-11-TG-to-Pruitt-EPA-Travel-Follow-up-due-4-25.pdf (requesting Mr. Pruitt produce, among other items, documents concerning his first- or business-class travel at EPA's expense); Miranda Green & Timothy Cama, *Pruitt Is Gone, but the Investigations Remain*, The Hill (July 6, 2018), https://thehill.com/policy/energy-environment/395887-pruitt-is-gone-but-the-ethics-investigations-remain ("The House Oversight Committee confirmed that it will continue its investigation into Pruitt's lavish travel and security spending, as well as his below-market-rate apartment rental from a lobbyist.").

8. These investigations and official findings of misuse of agency resources lead me to reasonably believe that Mr. Pruitt might have misused agency resources in the form of unnecessary security detail and/or security expenses during his trip to California.

9. The records produced thus far by EPA show extensive use of government resources in arranging Mr. Pruitt's and his Protective Service Detail's (PSD) travel to and from California, as well as coordinating transportation and scheduling while in California. *See, e.g.*, ED_001799_00000132-00001; ED_001700_00000146-00001–0003; ED_001799_00000284-00001; ED_001799_00000285-00001; ED_001799_00000688-0002.

10. A record produced by EPA shows a PSD member referring to the trip to California as "the EPA visit to CA." ED_001799_00000145-00001.

11. A record produced by EPA on November 8, 2018, without a Bates stamp shows that the total PSD travel costs incurred for Mr. Pruitt's trip to California was $14,826.64.

*\*\*\**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2018

                                                                                                 _____
                                                                                                 Nicholas Surgey